PER CURIAM.
Affirmed. See Elmex Corp. v. Atlantic Federal Savings & Loan Association, 325 So.2d 58 (Fla. 4th DCA 1976); Lustig v. Feinberg, 257 So.2d 299 (Fla. 1st DCA 1972); Horace v. American National Bank & Trust Co., 251 So.2d 33 (Fla. 4th DCA 1971); duPont v. Rubin, 237 So.2d 795 (Fla. 3d DCA 1970). See Leviten v. Gaunt, 360 So.2d 112 (Fla. 3d DCA 1978); Fiedelbaum v. Lapidus, 163 So.2d 334 (Fla. 3d DCA 1964).